```
ELKDO                  *      PROGRESS REPORT       *      09-20-2007
PAGE 1                                                     17:07:18
RSP OF: ELK ELKTON FCI            US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        8730 SCROGGS ROAD
        ELKTON, OH 44415
        330 420-6200

NAME: RAMCHARAN, GEORGE IRVING III   REGNO: 08272-055  AGE(DOB): 42/09-27-1964
```

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| X George Ramcharan | 10/3/07 | [signature] |

TYPE OF PROGRESS REPORT:
INITIAL ___  SIR ___  TRIENNIAL ___  PRE-RELEASE _X_  TRANSFER ___  OTHER: _____

PRESENT SECURITY/CUSTODY LEVEL:
   LOW      /IN

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

21USC846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO
DISTRIBUTE COCAINE HYDROCHLORIDE AND COCAINE BASE
   135 MONTHS                     /    5 YEARS
   $100.00 Assessment Fee

DATE COMPUTATION BEGAN: 06-18-1999

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: + JAIL CREDIT - INOP TIME |
|---|---|---|
| 0   /0   /40 | 392 | M:     99   D: 3<br>+ 174    JC = 0    :INOP |

| PROJECTED RELEASE DATE: 11-18-2008 | PROJECTED RELEASE METHOD: GCT REL |
|---|---|

DETAINERS/PENDING CHARGES:
NONE ON FILE

CO-DEFENDANTS: N/A

DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                        BP-CLASS-3

[handwritten: Mailed 10/6/07]

NAME: RAMCHARAN, GEORGE IRVING III    REGNO: 08272-055                              PAGE 2

Mr. Ramcharan has made a satisfactory adjustment to confinement. He has completed payment of his financial obligation to the court and he maintains a work assignment. Mr. Ramcharan has maintained a clear conduct record and he interacts appropriately with staff and other inmates.

A. PROGRAM PLAN: Mr. Ramcharan arrived at FCI Elkton, Ohio on May 10, 2006. He attended his Initial Classification on September 2, 1999. During the Initial Classification, Mr. Ramcharan's recommended programming included participation in ACE classes and counseling groups. Mr. Ramcharan was also encouraged to maintain full time work assignment, save money for release, and adhere to the rules and regulations of the institution. At his subsequent program reviews, Mr. Ramcharan was encouraged to participate in Vocational training, recreation, leisure, religious, Basketball Officials, Apprenticeship, UNICOR, Circuit Training, Blue Print Reading, Calligraphy, Intro to Business, Spinning, Life Skills, Physical Fitness, and Nutrition classes. Mr. Ramcharan has participated in some of the recommended programs.

B. WORK ASSIGNMENTS: Ramcharan is currently assigned to the Unit Orderly work detail. He is responsible for assisting with the cleaning of the inmate housing area. Previously he was assigned to the Dining Hall work detail. Mr. Ramcharan receives good work evaluations and a pay grade of four.

| INST | WORK | ASSIGNMENT | START DATE | STOP DATE |
|---|---|---|---|---|
| ELK | UNT DB ORD | D B SIDE UNIT ORDERLY | 05-01-2007 | CURRENT |
| ELK | DINING AM | DINING HALL AM | 05-22-2006 | 05-01-2007 |
| ELK | TMP UNT | NEEDS MEDICAL CLEARANCE | 05-12-2006 | 05-22-2006 |
| ELK | A&O | ADMISSION AND ORIENTATION | 05-10-2006 | 05-12-2006 |
| ELK | DETENTION | INMATE IN SHU | 05-02-2006 | 05-10-2006 |
| MRG | SHU | SHU - UNASSIGNED | 02-13-2006 | 05-02-2006 |
| MRG | GRAPH A | GRAPH A | 07-12-2005 | 02-13-2006 |
| MRG | VACATION | VACATION | 07-03-2005 | 07-12-2005 |

C. EDUCATIONAL/VOCATIONAL PARTICIPATION: According to file material, Mr. Ramcharan obtained his high school diploma or GED prior to his incarceration. He attended the Diversity Awarness, Health Hazards of Smoking and Aids Awareness lectures as part of the Admission and Orientation process at FCI Elkton. While at Morgantown, he completed the Off Set Press and Photographer Apprenticeship Programs. Mr. Ramcharan also completed Related Trades and Graphic Arts classes.

------------------------------ EDUCATION INFORMATION ------------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| ELK | ESL HAS | ENGLISH PROFICIENT | 07-07-1999 0001 | CURRENT |
| ELK | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-12-1999 0001 | CURRENT |

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| ELK | DIVERSITY AWARENESS-RPP<PG> | 05-12-2006 | 05-12-2006 | P | C | P | 1 |
| ELK | HEALTH HAZARDS/SMOKING-RPP<HN> | 05-12-2006 | 05-12-2006 | P | C | P | 1 |
| ELK | AIDS AWARENESS-RPP<HN> | 05-12-2006 | 05-12-2006 | P | C | P | 1 |
| MRG | BASKETBALL RULES UPDATE 2006 | 01-20-2006 | 01-21-2006 | P | C | P | 3 |
| MRG | 2005 SOFTBALL RULES UPDATE | 08-14-2005 | 08-14-2005 | P | C | P | 2 |

D. COUNSELING PROGRAMS: Mr. Ramcharan has not participated in any formal counseling programs.

E. INCIDENT REPORTS: This incident report involved a cell phone ear bud and charger.
------------------------------
DHO HEARING DATE/TIME: 02-23-2006 1520    INCIDENT DATE/TIME: 02-12-2006 1700
APPEAL CASE NUMBER(S): 410751
    108  POSSESSING A HAZARDOUS TOOL - FREQ: 1
         DIS GCT     / 40 DAYS / CS
         COMP:010 LAW:P
         DS          / 15 DAYS / CS
         COMP:   LAW:
         DS          / 30 DAYS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:
         LP PHONE    / 180 DAYS / CS
         COMP:   LAW:   EFFECTIVE 02-23-2006 TO 08-22-2006.

NAME: RAMCHARAN, GEORGE IRVING III   REGNO: 08272-055                          PAGE 3

F. INSTITUTIONAL MOVEMENT:

| INSTITUTION | ASSIGNMENT | REASON FOR MOVEMENT | EFFECTIVE DATE |
|---|---|---|---|
| ELK | A-DES | TRANSFER RECEIVED | 05-02-2006 |

G. PHYSICAL AND MENTAL HEALTH: Mr. Ramcharan is assigned to regular duty with no medical restrictions. Mr. Ramcharan's mental health is considered favorable by the psychology department. He should be considered fully employable upon release.

H. PROGRESS ON FINANCIAL RESPONSIBILITY PLAN: Mr. Ramcharan was ordered by the Federal Court in the District of Maryland to pay a $100 Assessment Fee which has been paid. Mr. Ramcharan is not paying a Cost of Incarceration Fee.

| FRP ASSIGNMENT | | START DATE |
|---|---|---|
| COMPLT | FINANC RESP-COMPLETED | 03-14-2001 |

I. RELEASE PREPARATION PROGRAM & RELEASE PLANS: Mr. Ramcharan is participating in the Release Preparation Program. Classes cover the following topics: Community Resources, Personal Growth and Development, Financial Management, Job Search, Health & Nutrition, and Release Requirements. He is being referred for placement in a Community Correction Center.

| CMA ASSIGNMENT (REL PREP) | | START DATE |
|---|---|---|
| RPP PART | RELEASE PREP PGM PARTICIPATES | 05-12-2006 |

PRE-RELEASE PREP DATE: May 18, 2008

RESIDENCE:   Toni Ramcharan (mother)
             317 Charles Street
             Salisbury MD 21804
             (410) 546-3921

EMPLOYMENT:  Mr. Ramcharan will seek employment as a general laborer.

USPO:        David E. Johnson, CUSPO
             250 West Pratt Street, Suite 400
             Baltimore, MD 21201-2456
             410-962-4820

J. RELEASE NOTIFICATIONS:

OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B) DUE TO:
    CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

    18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
    COMMUNITY WITH SUPERVISION

IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C) DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

    [ ] YES  [X] NO

    18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
    COMMUNITY

DNA TEST STATUS: NEED

DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

DICTATED BY: _____  CASE MANAGER (DATE) 10/5/07
             CSW DB   D. WINTERS-GATES, EXT 1045

DATE TYPED: _____

REVIEWED BY: _____  UNIT MANAGER (DATE) 10/3/07
             UNIT D   M. BURNS, UNIT MANAGER