```
ELMCZ                    *       INMATE EDUCATION DATA           *      01-28-2008
PAGE 001 OF 001          *            TRANSCRIPT                 *      13:45:03

REGISTER NO: 08272-055       NAME..: RAMCHARAN                    FUNC: PRT
FORMAT......: TRANSCRIPT     RSP OF: ELK-ELKTON FCI

---------------------------------- EDUCATION INFORMATION ----------------------------------
FACL  ASSIGNMENT DESCRIPTION                         START DATE/TIME   STOP DATE/TIME
ELK   ESL HAS   ENGLISH PROFICIENT                   07-07-1999 0001   CURRENT
ELK   GED HAS   COMPLETED GED OR HS DIPLOMA          07-12-1999 0001   CURRENT

---------------------------------- EDUCATION COURSES ----------------------------------
SUB-FACL  DESCRIPTION                         START DATE  STOP DATE  EVNT AC LV  HRS
ELK       RELEASE ISSUES-RPP<RR>              11-13-2007  11-13-2007  P   C  P    1
ELK       PROPERTY/MAIL-RPP<RR>               11-13-2007  11-13-2007  P   C  P    1
ELK       HEALTHY LIFESTYLE-RPP<HN>           11-13-2007  11-13-2007  P   C  P    1
ELK       HIV INFORMATION-RPP<HN>             11-13-2007  11-13-2007  P   C  P    1
ELK       CREDIT-RPP<PF>                      11-13-2007  11-13-2007  P   C  P    1
ELK       BUDGET-RPP<PF>                      11-13-2007  11-13-2007  P   C  P    1
ELK       BANKING-RPP<PF>                     11-13-2007  11-13-2007  P   C  P    1
ELK       US PROBATION ISSUES-RPP<CR>         10-17-2007  10-17-2007  P   C  P    1
ELK       COMM CORRECTION INFO-RPP<CR>        10-17-2007  10-17-2007  P   C  P    1
ELK       HALFWAY HOUSE ISSUES-RPP<CR>        10-17-2007  10-17-2007  P   C  P    1
ELK       JOB INTERVIEW-RPP<EM>               10-09-2007  10-09-2007  P   C  P    1
ELK       RESUME-RPP<EM>                      10-09-2007  10-09-2007  P   C  P    1
ELK       JOB SEARCH-RPP<EM>                  10-09-2007  10-09-2007  P   C  P    1
ELK       SUCCESS STORIES-RPP<PG>             10-09-2007  10-09-2007  P   C  P    1
ELK       RISKS&RESPONSIBILITY-RPP<PG>        10-09-2007  10-09-2007  P   C  P    1
ELK       DECISION MAKING-RPP<PG>             10-09-2007  10-09-2007  P   C  P    1
ELK       DIVERSITY AWARENESS-RPP<PG>         05-12-2006  05-12-2006  P   C  P    1
ELK       HEALTH HAZARDS/SMOKING-RPP<HN>      05-12-2006  05-12-2006  P   C  P    1
ELK       AIDS AWARENESS-RPP<HN>              05-12-2006  05-12-2006  P   C  P    1
MRG       RELATED TRADES EV                   10-12-2003  02-12-2006  P   C  P   340
MRG       OFF SET PRESS-APPRENT PROG.         10-12-2003  02-12-2006  P   P  A  3780
MRG       BASKETBALL RULES UPDATE 2006        01-20-2006  01-21-2006  P   C  P    3
MRG       2005 SOFTBALL RULES UPDATE          08-14-2005  08-14-2005  P   C  P    2
MRG       SOFT BALL PLAYERS CLINIC            08-07-2004  08-07-2004  P   C  P    2
MRG       BEGINNER ABDOM CLASS-THU 2-3 P      05-08-2004  07-20-2004  P   C  P    5
MRG       BASKETBALL OFFICIATING CLASS        10-09-2003  12-11-2003  P   C  P   20
MRG       BASKETBALL RULES UPDATE 2003        12-03-2003  12-09-2003  P   C  P    2
MRG       COMM. PHOTOGRAPHER-AP PROG.         07-29-2001  10-12-2003  P   C  A  3780
MRG       RELATED TRADES EV                   07-29-2001  10-12-2003  P   C  P   320
MRG       GRAPHIC ARTS PM 12:30-3:00          01-21-2001  07-28-2001  P   C  M   565
MRG       FITNESS INST. CERTIFICATION         04-08-2002  12-29-2002  P   C  P   32
MRG       STEP AEROBICS ONE                   06-29-2001  10-22-2001  P   C  P    5
MRG       REALESTATE EV CLASS                 04-29-2001  07-29-2001  P   C  P   22
MRG       SPANISH EVENINGS INMATE TAUGHT      01-28-2001  04-29-2001  P   C  P   22
MRG       BASKETBALL RULES CLASS/REC. EV      01-05-2001  03-18-2001  P   C  P    3
MRG       INSURANCE EDUC. INMATE TAUGHT       12-10-2000  03-04-2001  P   C  P   22
FTD GP    REMEDIAL ENGLISH                    04-29-2000  06-25-2000  P   C  E   42



G0000     TRANSACTION SUCCESSFULLY COMPLETED
```

# International Sports Sciences Association

This is to Certify that

## George Ramcharan

has completed the prescribed course and having demonstrated proficiency in the subject by successfully passing all required examinations is awarded this Certificate of Completion of the Course of

## CERTIFIED FITNESS TRAINER

November 2002 to November 2004

_____  _____
Sports Medicine             Date              Sports Sciences



# New York Institute of Photography

Approved Under The Laws Of The State Of New York

This is to certify that

## George Irving Ramcharan, III

has completed all Photographic Projects and Examinations. As evidence of technical and practical attainment, we therefore award this

### Certificate of Graduation

in

### Professional Photography

In witness whereof, we herewith affix our Seal and Signatures at New York, New York, February 10, 2003





Donald Sheff
President

Charles DeLaney
Dean

# The United States Department of Labor

Office of Apprenticeship Training, Employer and Labor Services
Bureau of Apprenticeship and Training

## Certificate of Completion of Apprenticeship

This is to certify that

**George Irving Ramcharan**

has completed an apprenticeship for the occupation

**Photographer**

under the sponsorship of
Robert F. Kennedy Multi-Trades JATC
Morgantown, West Virginia

in accordance with the basic standards of apprenticeship established by the Secretary of Labor

October 01, 2003
*Date Completed*

[signature]
Apprenticeship Coordinator

[signature] E. Chao
Secretary of Labor

[signature]
Administrator, Apprenticeship Training, Employer and Labor Services