Defendants Eligible to Seek Sentencing Reduction,
Which Would Move Their Release Date to March 3, 2008

Judge Nickerson
*United States v. George Ramcharan*, WMN-97-0411

**EXHIBIT A**