IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    :
                            :
v.                          :    CRIMINAL NOS. WMN-97-0411
                            :
GEORGE I. RAMCHARAN, III    :

...o0o...

**ORDER**

I have received the letter dated February 21, 2008 from the Federal Public Defender regarding the eligibility of defendants identified in Exhibit A to his letter for release from incarceration March 3, 2008, due to the retroactive application of the crack cocaine amendments. The United States Attorney is directed to submit to chambers **no later than close of business** today any objections he may have to a time-served sentence reduction for the defendants in Exhibit A (also listed above in the caption).

SO ORDERED this 26th day of February, 2008.

_____
William M. Nickerson
Senior United States District Judge

