IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA   *

v.   *   Crim. No. WMN-97-0411

GEORGE I. RAMCHARAN, III   *

* * * * *

### ORDER REDUCING DEFENDANT'S SENTENCE

This matter having come before the Court upon the motion of the defendant for a reduction in sentence pursuant to 18 U.S.C. § 3582(c), and the Court having found that the amendment to the crack cocaine guideline reduces the defendant's base offense level by two levels,

IT IS HEREBY ORDERED that the defendant's sentence is reduced to time served as of March 3, 2008;

IT IS FURTHER ORDERED that all other terms and provisions of the judgment remain in effect.

Unless otherwise ordered, the defendant shall report to the United States Probation Office closest to his release destination within seventy-two hours.

Dated this 27th day of February, 2008.

_____
HONORABLE WILLIAM M. NICKERSON
United States District Judge

SCANNED