AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MARYLAND

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GEORGE I. RAMCHARAN, III | ) Case No: | WMN-97-0411 |
| | ) USM No: | 08272-055 |
| Date of Previous Judgment: JUNE 18, 1999 | ) Sapna Mirchandani | |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __135__ months is reduced to __time served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __33__          Amended Offense Level: __31__
Criminal History Category: __I__          Criminal History Category: __I__
Previous Guideline Range: __135__ to __168__ months     Amended Guideline Range: __108__ to __135__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

SCANNED

Except as provided above, all provisions of the judgment dated __6/18/99__ shall remain in effect.
IT IS SO ORDERED.

Order Date: February 27, 2008                    _____
                                                  Judge's signature

Effective Date: March 10, 2008                    WILLIAM M. NICKERSON, US DISTRICT JUDGE
(if different from order date)                    Printed name and title